U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 17 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JIMMY RAY BURNETT | CIVIL ACTION NO. 05-0317 |
| VERSUS | JUDGE WALTER |
| WARDEN LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the writ of habeas corpus is **denied** and Petitioner's complaint **dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this 17th day of March, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE